UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVER BAUTISTA,<br><br>         Plaintiff,<br><br>   -against-<br><br>PR GRAMERCY SQUARE CONDOMINIUM, *et al.*,<br><br>         Defendants. | **ORDER**<br><br>21-cv-11093 (ER) |

RAMOS, D.J.:

  This case was referred to mediation on December 15, 2022.  Doc. 47.  A mediation conference was scheduled for April 21, 2023; however, no mediation conference was held on that day.  The Court directs the parties to submit an update as to the status of mediation by November 17, 2023.

  Additionally, on September 19, 2023, the Court granted Mintz & Gold LLP's motion to withdraw as counsel for Clipper Realty Inc., Clipper Equity GP LLC, Clipper Equity LLC, and Clipper Equity New York LP ("the Clipper Defendants").  Doc. 56.  The Court directed the Clipper Defendants to have counsel enter an appearance by October 21, 2023 or risk entry of default judgment against them.  *Id.*  It is unclear whether Mintz & Gold LLP provided the Clipper Defendants with a copy of the Court's September 19 order directing them to retain counsel.  In any event, to date, the Clipper Defendants have not yet had counsel enter an appearance.  Plaintiff is directed to serve a copy of this Order on the Clipper Defendants by November 3, 2023; and the Clipper Defendants are directed to have counsel enter an appearance by November 17, 2023.  The Court reminds the Clipper Defendants that corporate defendants

2

may not proceed pro se and, accordingly, their failure to have counsel enter an appearance may result in adverse action against them, including entry of default judgment.

    It is SO ORDERED.

Dated:   October 26, 2023
          New York, New York

                                                          Edgardo Ramos, U.S.D.J.