UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVER BAUTISTA,

                Plaintiffs,

      -against-

PR GRAMERCY SQUARE CONDOMIN-
IUM, CLIPPER REALTY INC., CLIPPER
EQUITY GP LLC, CLIPPER EQUITY LLC,
CLIPPER EQUITY NEW YORK LP,
GRAMERCY SQUARE CONDOMINIUMS,
LLC, and DOUGLAS ELLIMAN
COMMERCIAL, LLC, and ALKET GJECI,

              Defendants.

**<u>ORDER</u>**

21-Cv-11093 (ER)

     The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either

party, subject to reopening should the settlement not be consummated **<u>within thirty (30) days</u>** of

the date hereof.

     Any application to reopen must be filed **<u>within thirty (30) days</u>** of this Order; any

application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are

advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing

any settlement agreement, they must submit the settlement agreement to the Court **<u>within the</u>**

**<u>next thirty (30) days</u>** with a request that the agreement be "so ordered" by the Court.

     SO ORDERED.

Dated:   November 4, 2024
         New York, New York

_____
           Edgardo Ramos, U.S.D.J.